FILED
March 15, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Myrna Gallegos
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § § | NO: EP:24-CR-00546(1)-FM |
| (1) JAVIER CARDOZA RODRIGUEZ | § | |

## WITHDRAWAL OF EXHIBITS, Page 1 of 2

I hereby acknowledge receipt of the following exhibits which were introduced in the above styled and numbered cause on Monday, March 11, 2024, and the withdrawal of which was authorized by the Court on this date: Wednesday, March 13, 2024.

\* Note: I understand that these exhibits must be retained pending final disposition of the case.

| Exhibit No. | Exhibit |
|---|---|
| 1 | Marriage License – EP County (01/19/23) |
| 2 | Wife's Birth Certificate |
| 3 | USC Daughter's Birth Certificate |
| 4 | I-130 - Petition Filed by Defendant's Wife (03/23/23) |
| 5 | I-797c – Notice of Action Acknowledging Receipt (04/12/23) |
| 6 | Immigration Bond Order, Reporting Schedule |
| 7 | Immigration Hearing Notices (12/21/2023 & 05/14/24) |
| 8 | Email Approving Travel |

Received By: _____
(Signature Name)

ADAM SETRA    03/15/24
(Printed Name)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | NO: EP:24-CR-00546(1)-FM |
| (1) JAVIER CARDOZA RODRIGUEZ | § § | |

### WITHDRAWAL OF EXHIBITS, Page 2 of 2

I hereby acknowledge receipt of the following exhibits which were introduced in the above styled and numbered cause on Monday, March 11, 2024, and the withdrawal of which was authorized by the Court on this date: Wednesday, March 13, 2024.

\* Note: I understand that these exhibits must be retained pending final disposition of the case.

| Exhibit No. | Exhibit-Previously uploaded to Box.com |
|---|---|
| 9-A | Letters from Family |
| 9-B | Family Photos |
| 9-C | Jacqueline Favela – Character Letter |
| 9-D | Jennifer Cruces (USC Wife) – Support Video |
| 9-E | Leticia Cardoza – Character Video |
| 9-F | Ramiro Herrera – Character Letter |
| 9-G | Brenda Hernandez – Character Video |
| 9-H | Cesar Esparza – Character Video |
| 9-I | El Paso Rhinos – Teammate Videos |
| 9-J | Francisca Cruces – Character Video |
| 9-K | 01/13/24 – EP Rhinos Team Huddle |
| 9-L | 01/13/24 – EP Rhinos Team Photo |
| 9-M | 01/14/24 – EP Rhinos Team Photo |
| 9-N | 01/14/24 – EP Rhinos Warm-Up Photo |
| 9-O | 01/21/24 – EP Rhinos Game Photo |
| 9-P | 01/21/24 – EP Rhinos Team Photo |
| 9-Q | 02/10/24 – EP Rhinos Game Photo |
| 9-R | 02/10/24 – EP Rhinos Team Photo |
| 9-S | Property Collateral Information – 1525 N. C. St, Rogers, AR |
| 9-T | Property Collateral Information – 8937 Mt. San Berdu |

Received By: _____
(Signature Name)

ADAM SETRA   03/15/24
(Printed Name)