IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §     CRIMINAL NO. EP-24-CR-00546-LS |
| | § |
| JAVIER CARDOZA RODRIGUEZ, | § |
| also known as (a.k.a.): R-100, Sensei, | § |
| Rolex, | § |
| | § |
| Defendant. | § |

## UNITED STATES' MOTION TO DISMISS INDICTMENT

TO THE HONORABLE JUDGE:

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court, the United States Attorney for the Western District of Texas, hereby moves to dismiss and requests that the Court dismiss the original Indictment, without prejudice, against Defendant **JAVIER CARDOZA RODRIGUEZ, a.k.a. R-100, Sensei, Rolex (CARDOZA)**. Defendant was indicted on September 12, 2024 in a six count superseding indictment under cause number **EP-24-CR-00699-KC** (Superseding Indictment) charging CARDOZA and two other individuals with crimes associated with their leadership and/or activity in the La Linea cartel. The original indictment under this Cause Number only charged co-defendant Alexis Maldonado-Munoz with Conspiracy to Commit Murder in a Foreign Country.[1] The Superseding Indictment adds CARDOZA to the same murder count. It further charges CARDOZA, Maldonado and a third individual with alien smuggling counts. The cocaine trafficking charges originally indicted under

---

[1] Maldonado was also indicted with Alien Smuggling offenses under cause number EP-24-CR-00251-KC which indictment the government will be seeking to dismiss based upon the same reasons articulated in this Motion.

the instant case are now also charged in the Superseding Indictment. The criminal activity alleged in the Superseding Indictment stems from CARDOZA and his co-defendants' leadership and/or activity in the La Linea cartel as set forth in the introductory section of the Superseding Indictment. The Government elected to proceed in this manner pursuant to Rule 8(a) of the Federal Rules of Criminal Procedure which sets forth that an indictment may charge a defendant in separate counts with 2 or more offenses if they are connected with and constitute a common scheme and plan. Further, under Rule 8(b) defendants may be joined if they are alleged to have participated in the same series of acts or transactions constituting an offense or offenses. *Fed. R. Crim. P. 8(b)*. Because the original indictment under **EP-24-CR-00699-KC** charged the most serious of the offenses alleged in this common scheme, that is, Conspiracy to Commit Murder in a Foreign Country the Government elected to supersede that particular indictment.

DATED: September 20, 2024

                                                          Respectfully submitted,

                                                          JAIME ESPARZA
                                                          UNITED STATES ATTORNEY

By: *Steven Spitzer*
STEVEN R. SPITZER
Assistant U.S. Attorney
Texas Bar #00797480
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the September 20, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participant:

Felix Valenzuela
Attorney for Defendant

                                            /s/
                                      STEVEN R. SPITZER
                                      Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CRIMINAL NO.  EP-24-CR-00546-LS |
| § | |
| JAVIER CARDOZA RODRIGUEZ, § | |
| also known as (a.k.a.): R-100, Sensei, § | |
| Rolex, § | |
| Defendant. § | |

## ORDER GRANTING MOTION TO DISMISS INDICTMENT

On this date came to be considered United States' Motion to Dismiss the Indictment in the above captioned case.

After considering the United States' Motion and the status of this case, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Indictment filed on March 6, 2024 regarding Defendant, **JAVIER CARDOZA RODRIGUEZ, a.k.a. R-100, Sensei, Rolex,** be dismissed, without prejudice.

SIGNED this _____ day of _____, 2024.

_____
LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE