## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CRIMINAL NO.  EP-24-CR-00546-LS** |
| | § | |
| **JAVIER CARDOZA RODRIGUEZ,** | § | |
| **also known as (a.k.a.): R-100, Sensei,** | § | |
| **Rolex,** | § | |
| **Defendant.** | § | |

### ORDER GRANTING MOTION TO DISMISS INDICTMENT

On this date came to be considered United States' Motion to Dismiss the Indictment in the above captioned case.

After considering the United States' Motion and the status of this case, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Indictment filed on March 6, 2024 regarding Defendant, **JAVIER CARDOZA RODRIGUEZ, a.k.a. R-100, Sensei, Rolex,** be dismissed, without prejudice.

SIGNED this ___20th_____ day of _____September_____, 2024.

_____
LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE